Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 05−83236

IN THE MATTER OF:
Jacquelyn McFadden    xxx−xx−7972
aka Latrice McFadden
6010 Millstone Dr
Durham, NC 27713−0000

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

  Sara A. Conti is discharged as trustee of the estate of the above named debtor.

  The Chapter 7 case of the above named debtor is closed.

Dated: 2/8/06

_____
William L. Stocks
United States Bankruptcy Judge